UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DONALD HUNTER, SR.,                     )
                                        )
              Plaintiff,                )
                                        )
       v.                               )   Civil Action No. 07-1268
                                        )
HILLARY RODHAM CLINTON,                 )
   *Secretary, United States Department of State*,  )
                                        )
              Defendant.[1]             )
_____ )


<u>ORDER</u>

       For the reasons explained in the Opinion issued this same day it is hereby

       ORDERED that defendant's motion for summary judgment [21] is GRANTED

and judgment is entered for the defendant on all claims; it is

       FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court.  This is a final appealable order.  <u>See</u> FED. R. APP. P. 4(a).

       SO ORDERED.


                                   /s/_____
                                   PAUL L. FRIEDMAN
                                   United States District Judge

DATE: September 15, 2009

_____

       [1]      The Court has substituted Secretary of State Clinton as defendant in place of
former Secretary Condoleezza Rice pursuant to Rule 25(d) of the Federal Rules of Civil
Procedure.